UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mehran Saheli,

          Petitioner,

Civil No. 23-3474 (JRT/TNL)

v.

Merrick B. Garland, et al.,

**ORDER DISMISSING CASE**

          Respondents.

---

Bruce D. Nestor, **DE LEON & NESTOR, LLC.,** 3547 Cedar Avenue South, Minneapolis, MN, 55407 and John R. Bruning, **THE ADVOCATES FOR HUMAN RIGHTS REFUGEE & IMMIGRANT PROGRAM**, 330 Second Avenue South, Minneapolis, MN 55401, for Petitioner.

Ana H. Voss and Andrew Tweeten, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN, 55415, for Respondents.

Federal Respondents have agreed to the immediate release of Petitioner Mehran S. on an order of supervision with conditions pursuant to United States Immigration and Customs Enforcement (ICE) regulations, 8 C.F.R. §241.5. See ECF No. 5.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Complaint [Docket No. 01] is **DISMISSED without Prejudice**

and the matter is remanded to ICE for the immediate release of Petitioner Mehran S. on an order of supervision with conditions pursuant to ICE regulations 8 C.F.R. §241.5.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 22, 2023　　　　　　　　　　　　*John R. Tunheim*
at Minneapolis, Minnesota.　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge